UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONTAY JOHNSON, ET AL.,

    Plaintiffs,                               No. 13-13672

v.                                          District Judge Matthew F. Leitman
                                             Magistrate Judge R. Steven Whalen

ANTHONY WICKERSHAM, ET AL.,

    Defendants.
_____ /

**ORDER DENYING APPOINTMENT OF COUNSEL**

Deontay Johnson, a *pro se* litigant in this civil case, has filed a Motion for Appointment of Counsel [Doc. #32].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. A motion to dismiss [Doc. #17] is presently pending. Plaintiff's motion to appoint counsel is premature. If Plaintiff's claims ultimately survive dispositive motions, he may renew his motion for appointment of counsel at that time.

Accordingly, Plaintiff's motion for appointment of counsel [Doc. #32] is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                      s/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: July 1, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 1, 2014, electronically and/or by U.S. mail.

                                      s/Carolyn M. Ciesla
                                      Case Manager to the
                                      Honorable R. Steven Whalen